■ In the Matter of CHRISTOPHER R. WILKINS, an Attorney. [608 NYS2d 899] —A certified copy of a certificate having been filed showing that Christopher R. Wilkins was convicted of grand larceny in the third degree and grand larceny in the fourth degree, the attorney is disbarred and his name is stricken from the roll of attorneys. Present—Denman, P. J., Green, Balio, Lawton and Fallon, JJ.

■ PEOPLE v JORGE LOPEZ, Defendant. [608 NYS2d 897] — Motion to extend time to take appeal denied. Memorandum: Defendant has made no allegation of improper conduct under CPL 460.30. Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ. (Filed Dec. 10, 1993.)

■ PEOPLE v DARLENE SLOAN, Defendant. [608 NYS2d 898] — Motion for reconsideration denied. Memorandum: Defendant executed a notice of right to appeal form in which she stated that she did not wish to appeal the conviction herein (see, 22 NYCRR 1022.11 [a]). Present—Callahan, J. P., Green, Pine, Davis and Boehm, JJ. (Filed Dec. 10, 1993.)

■ PEOPLE v LAWRENCE WILSON, Defendant. [608 NYS2d 898] —Motion for leave to appeal as a poor person denied. Memorandum: This Court lacks subject matter jurisdiction to entertain defendant's motion because defendant failed to file a notice of appeal from the order that denied his motion to settle the record (see, CPL 460.10 [1] [a]; People v Coble, 168 AD2d 982, lv denied 78 NY2d 954). Present—Callahan, J. P., Balio, Lawton, Fallon and Doerr, JJ. (Filed Dec. 10, 1993.)

■ PEOPLE, Respondent, v MARCELLA TROY, Appellant. [608 NYS2d 898] —Motion to extend stay of execution of judgment of conviction granted upon condition that appellant's records and briefs are filed and served on or before March 1, 1994. Memorandum: Counsel's motion to withdraw as attorney of record and appellant's motion for leave to appeal as a poor person may be renewed upon the filing of a proper motion for poor person relief. Pursuant to CPLR 1101, appellant is required to file with the Court an affidavit detailing the amount and source of her income, and listing her property and its value. A copy of the motion for poor person relief must be served upon the County Attorney and the District Attorney. Present— Green, J. P., Pine, Doerr and Davis, JJ. (Filed Dec. 10, 1993.)